United States Bankruptcy Court
Eastern District of Michigan
Southern Division at Detroit

In Re: **Charles R. Vanover**
**Lisa A. Vanover**

Debtor(s).

Case No. 06-56983-SWR
Chapter 13
Judge **Steven W. Rhodes**

## PROOF OF SERVICE
## OF
## CHAPTER 13 PLAN (Original Plan pre-Confirmation)

I certify that on **December 5, 2006**, I served the following document(s) filed in the above captioned case:

1. **CHAPTER 13 PLAN** (Original Plan pre-Confirmation)

upon all parties listed on the attached mailing Matrix at the addresses as specified for such parties, all by first class mail with fully prepaid postage affixed, all except the Chapter 13 Trustee herein who is only being served electronically through the Court's ECF system.

Dated: **December 5, 2006**

_Stephanie A. Best_
Stephanie A. Best, Legal Assistant
Firebaugh & Andrews, P.L.L.C.
Attorney(s) for Debtor(s)
38545 Ford Road, Suite 104
Westland, MI 48185
(734) 722-2999
FirebaughAndrews@comcast.net

```
Label Matrix for local noticing          14A-2 District Court                     Account Solutions Group,LLC
0645-2                                   attn: Civil Division                     205 Bryant Woods South
Case 06-56983-swr                        415 West Michigan Avenue                 Amhert, NY 14228
Eastern District of Michigan             Ypsilanti, MI 48197
Detroit
Tue Dec  5 12:52:16 EST 2006

Applied Card Bank                        Bluegreen Vacation Club                  Bronson & Migliaccio, LLP
Bancard Center                           4960 Conference Way North, Suite 100     415 Lawrence Bell Drive
P.O. Box 11170                           Boca Raton, FL 33431                     Williamsville, NY 14221-7805
Wilmington, DE 19850


Capital One                              Capital One Bank                         Krispen S. Carroll
P.O. Box 30285                           c/o Tsys Debt Management                 719 Griswold
Salt Lake City, UT 84130-0285            PO Box 5155                              1100 Dime Building
                                         Norcross, GA 30091                       Detroit, MI 48226


Cross Country Bank Legal Department      DTE Energy                               Daniel E. Hunter
P.O. Box 15809                           3200 Hobson Street                       2154 Washtenaw Road
Wilmington, DE 19805                     Detroit, MI 48201                        Ypsilanti, MI 48197



Duvera Financial                         ER Solutions, Inc.                       Fingerhut Direct Marketing
5620 Paseo Del Norte, Suite 127-233      800 SW 39th Street                       6250 Ridgewood Road
Carlsbad, CA 92008                       P.O. Box 9004                            Saint Cloud, MN 56303
                                         Renton, WA 98057


Samuel Firebaugh                         Marcy J. Ford                            Ford Motor Credit Company
38545 Ford Road                          30400 Telegraph Rd.                      Drawer 55-953
Suite 104                                Suite 200                                P.O. Box 55000
Westland, MI 48185                       Bingham Farms, MI 48025                  Detroit, MI  48255-0953


Ford Motor Credit Company                MCI                                      Marcy J. Ford
National Bankruptcy Service Center       Consumer Markets                         Trott & Trott, P.C.
P.O. Box 537901                          500 Technology Drive, Suite 82           30400 Telegraph Road, Suite 200
Livonia, MI 48153-7901                   Weldon Springs, MO 63304                 Bingham Farms, MI  48025


Merchants & Medical Credit Corp.         Michigan State Disbursement Unit         Ms. C.Jane Varner, Interim Friend of
6324 Taylor Drive                        P.O. Box 30354                           the Court; 3rd Circuit Court - FOC
Flint, MI 48507-4685                     Lansing, MI 48909-7851                   Penobscot Building, Room 324
                                                                                  645 Griswold
                                                                                  Detroit, MI 48226-4005


NCO Financial Systems, Inc.              Oakwood Healthcare System                Ocwen Loan Servicing, LLC
507 Prudential Road                      attn: Patient Accounts                   12650 Ingenuity Drive
Horsham, PA 19044                        23400 Michigan Avenue, Suite 1000        Orlando, FL 32826
                                         Dearborn, MI 48124



PayPal                                   Penn Credit Corporation                  Penny Briton
P.O. Box 660433                          P.O. Box 988                             956 Holmes Road
Dallas, TX 75266-0433                    Harrisburg, PA 17108-0988                Ypsilanti, MI 48198
```

| | | |
|---|---|---|
| Providian<br>P.O. Box 660443<br>Dallas, TX 75266-0433 | Steven W. Rhodes<br>2<br>211 West Fort Street<br>Room 1800<br>Detroit, MI 48226 | Ruby Erhart<br>43254 Judd Road<br>Belleville, MI 48111 |
| Scholastic<br>2931 East McCarty Street<br>Jefferson City, MO 65101 | Sumpter Township Water Department<br>23480 Sumpter Road<br>Belleville, MI 48111 | Target National Bank<br>c/o Target Credit Services<br>P.O. Box 1581<br>Minneapolis, MN 55440-1581 |
| Target National Bank (f.k.a. Retailers Natio<br>TARGET<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Township of Sumpter, Treasurer<br>23480 Sumpter Road<br>Belleville, MI 48111 | Transcon Financial<br>12012 South Shore Boulevard, Suite 209<br>West Palm Beach, FL 33414 |
| Trott & Trott, P.C.<br>Attorneys-at-Law<br>30400 Telegraph Road, Suite 200<br>Bingham Farms, MI 48025 | Charles R. Vanover<br>43260 Judd Road<br>Belleville, MI 48111 | Lisa A. Vanover<br>43260 Judd Road<br>Belleville, MI 48111 |
| Viking Collection Service Inc.<br>7500 Office Ridge Circle<br>Eden Prairie, MN 55344-3678 | Wayne County FOC<br>c/o Michigan State Disbursement Unit<br>P.O. Box 30351<br>Lansing, MI 48909-7851 | Wayne County Treasurer<br>400 Monroe Street - 5th Floor<br>Detroit, MI 48226 |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, N.A.<br>c/o Marcy J. Ford<br>30400 Telegraph Rd., Ste. 200<br>Bingham Farms, MI 48025-5822 | End of Label Matrix<br>Total addresses 46 |