UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF

BANKRUPTCY NO: 06-56983
HONORABLE: SWR
CHAPTER: 13

Debtor(s)

LISA A. VANOVER   CHARLES R. VANOVER AND

CERTIFICATE OF SERVICE

I hereby certify that on 12/7/2006 , I electronically filed the foregoing COUNTY TREASURER'S PROOF OF CLAIM and PROOF OF SERVICE with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

FIREBAUGH  SAMUEL ,
38545 FORD  SUITE 104   WESTLAND   MI   48185

TRUSTEE-KRISPEN CARROLL  CARROLL  KRISPEN,
719 GRISWOLD  1100 DIME BLDG.   DETROIT   MI   48226

and I hereby certify that I have mailed by United States Postal Serivce the COUNTY TREASURER'S PROOF OF CLAIM and PROOF OF SERVICE to the following non-ECF participants.

*Theresa M. Costa*

THERESA M. COSTA, an employee of
The Office of the County Treasurer
400 Monroe, Suite 520
Detroit, MI 48226-2942
(313) 224-5957
bankruptcy@co.wayne.mi.us