United States Bankruptcy Court
Eastern District of Michigan
Southern Division at Detroit

In Re: **Charles R. Vanover**

and: **Lisa A. Vanover**

Debtor(s).

Case No. 06-56983-SWR

Chapter 13

Honorable **Steven W. Rhodes**

# CERTIFICATE OF COMPLIANCE
## WITH L.B.R. 1007-1(i) E.D.M. REGARDING PROVIDING COPIES OF PAYMENT ADVICES OR OTHER EVIDENCE OF INCOME RECEIVED FROM EMPLOYER(S) WITHIN THE SIXTY(60)-DAY PERIOD IMMEDIATELY PRECEDING COMMENCEMENT OF CASE
## and
## WITH 11 U.S.C. §521 (e)(2)(A)(i) REGARDING PROVIDING COPY OF FEDERAL INCOME TAX RETURN (OR TRANSCRIPT OF SUCH RETURN) FOR MOST RECENT TAX YEAR ENDING IMMEDIATELY BEFORE COMMENCEMENT OF CASE

The undersigned Attorneys, attorneys of record for the Debtor(s) in the above captioned Bankruptcy case, hereby certify on behalf of the Debtor(s) herein, that as of the undersigned date, they have provided copies of the payment advices or other evidence of payment received from Debtor(s)' Employer(s) as required by L.B.R. 1007-1(i) E.D.M., and a copy of the Debtor(s)' tax return (or transcript of such tax return) for the most recently ended tax year as required by 11 U.S.C. §521(e)(2)(i), to the Trustee of record in the above captioned Bankruptcy case, by mailing such required copies to such Trustee at his/her address of record, by first class mail with postage fully prepaid for first class mailing.

dated: December 8, 2006

*/s/ Roberta W. Andrews*

Samuel G. Firebaugh (P-34276)
Roberta W. Andrews (P-54001)
Firebaugh & Andrews, P.L.L.C.
Attorney(s) for Debtor(s)
38545 Ford Road, Suite 104
Westland, MI 48185
(734) 722-2999
FirebaughAndrews@comcast.net