UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Charles R. Vanover,  Case No. 06-56983-SWR
Lisa A. Vanover,  Honorable Steven W. Rhodes
  Chapter 13

    Debtors.
_____/

## NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX

**PLEASE TAKE NOTICE** that Richardo I. Kilpatrick of KILPATRICK & ASSOCIATES, P.C., hereby appears as counsel for Creditor Wayne County Treasurer, and pursuant to the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon him at the following address: Kilpatrick & Associates, P.C., 903 N. Opdyke Road, Suite C, Auburn Hills, Michigan 48326.

    Respectfully submitted,

    KILPATRICK & ASSOCIATES, P.C.

    /S/ *Richardo I. Kilpatrick*
    RICHARDO I. KILPATRICK (P35275)
    615 Griswold, Suite 1004
    Detroit, MI 48226-3985
    (313) 963-2581

Dated: December 14, 2006