**United States Bankruptcy Court**
**Eastern District of Michigan**
**Southern Division at Detroit**

Case No. **06-56983-SWR**

In Re: **Charles R. Vanover**

Chapter 13

and: **Lisa A. Vanover**

             Debtor(s).                     Honorable **Steven W. Rhodes**

## DEBTOR(S)' FIRST MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

The above captioned Debtor(s) hereby move this Honorable Court to modify the Chapter 13 Plan as previously confirmed herein on the following basis:

1. This case was filed on November 17, 2006 and Debtor(s)' Chapter 13 Plan was confirmed herein on or about February 14, 2007. Debtor(s) have not previously moved to modify such confirmed Chapter 13 Plan.

2. A proposed Order Modifying Debtor(s)' Confirmed Chapter 13 Plan is attached as "Exhibit A." Also attached hereto are a Liquidation Analysis and Worksheet as required by L.B.R. 3015-1(b) E.D.M. (or a customary substitute in the form of a Chapter 13 Trustee TRAC computer system "Plan Calc II" analysis.)

3. Subsequent to the confirmation of Debtor(s)' Chapter 13 Plan, Debtor(s)' financial circumstances have changed and Debtor(s) are either desirous or in need of amending their Chapter 13 Plan as confirmed.

4. Debtors expenses have increased including increased medical expenses.

5. Debtors' Plan provides for a 100% dividend over 36 months.

6. Debtors may decrease their payments to provide for their increased expenses and still complete their Plan in 36 months with 100% dividend to unsecured creditors as indicated on the attached Plan Calc.

**WHEREFORE**, Debtor(s) hereby move(s) this Honorable Court to modify the Chapter 13 Plan as previously confirmed herein:

(a) **Decrease** Debtor(s) payments to $517.11 per week from the date of filing this Motion until the completion of Debtor(s)' Chapter 13 Plan herein;

(b) **Leave Unchanged** the minimum required percentage payable to duly filed and allowed Class VIII claims to/at 100 percent (%);

but in all other respects to allow and required Debtor(s)' confirmed Chapter 13 Plan to remain unchanged.

                                                                */s/ Roberta W. Andrews*

Dated: January 11, 2008

                                             **Samuel G. Firebaugh (P-34276)**
                                             **Roberta W. Andrews (P-54001)**
                                             **Firebaugh & Andrews, P.L.L.C.**
                                             **Attorney(s) for Debtor(s)**
                                             **38545 Ford Road, Suite 104**
                                             **Westland, MI 48185**
                                             **(734) 722-2999**
                                             **FirebaughAndrews@comcast.net**

**United States Bankruptcy Court**
**Eastern District of Michigan**
**Southern Division at Detroit**

In Re: **Charles R. Vanover**

and: **Lisa A. Vanover**

                Debtor(s).

Case No. 06-56983-SWR

Chapter 13

Honorable **Steven W. Rhodes**

## ORDER MODIFYING DEBTOR(S)' CONFIRMED CHAPTER 13 PLAN

    Debtor(s) having filed a First Motion To Modify Confirmed Chapter 13 Plan, and no objections or response having been filed, or a hearing having been held, and it appearing to the Court that good cause exists for the relief requested by Debtor(s), and the Court being otherwise advised, **NOW THEREFORE**,

    **IT IS HEREBY ORDERED** that effective as of the filing date of Debtor(s)' First Motion To Modify Confirmed Chapter 13 Plan, Debtor(s)' Chapter 13 Plan as previously confirmed herein on or about February 14, 2007, is hereby modified only as follows:

    (a.) Debtor(s)' payments are **DECREASED** to $517.11 per week until completion of Debtor(s)' Chapter 13 Plan;

    (b.) The minimum percentage (%) payable to duly filed and allowed Class VIII claims is **LEFT UNCHANGED** to/at one-hundred (100) percent (%);

    **IT IS FURTHER ORDERED** that in all other respects Debtor(s)' confirmed Chapter 13 Plan, as most recently modified if at all, shall remain unchanged.

dated: _____        _____
                                                                       Honorable **Steven W. Rhodes**
                                                                       United States Bankruptcy Judge

**United States Bankruptcy Court**
**Eastern District of Michigan**
**Southern Division at Detroit**

In Re: **Charles R. Vanover**

and: **Lisa A. Vanover**

                  Debtor(s).

Case No. 06-56983-SWR

Chapter 13

Honorable **Steven W. Rhodes**

## ORDER MODIFYING DEBTOR(S)' CONFIRMED CHAPTER 13 PLAN

Debtor(s) having filed a First Motion To Modify Confirmed Chapter 13 Plan, and no objections or response having been filed, or a hearing having been held, and it appearing to the Court that good cause exists for the relief requested by Debtor(s), and the Court being otherwise advised, **NOW THEREFORE**,

**IT IS HEREBY ORDERED** that effective as of the filing date of Debtor(s)' First Motion To Modify Confirmed Chapter 13 Plan, Debtor(s)' Chapter 13 Plan as previously confirmed herein on or about February 14, 2007, is hereby modified only as follows:

    (a.) Debtor(s)' payments are **DECREASED** to $517.11 per week until completion of Debtor(s)' Chapter 13 Plan;

    (b.) The minimum percentage (%) payable to duly filed and allowed Class VIII claims is **LEFT UNCHANGED** to/at one-hundred (100) percent (%);

**IT IS FURTHER ORDERED** that in all other respects Debtor(s)' confirmed Chapter 13 Plan, as most recently modified if at all, shall remain unchanged.

dated: _____        _____
                                                                                                       Honorable **Steven W. Rhodes**
                                                                                                       United States Bankruptcy Judge

# 13Network

FIREBAUGH & ANDREWS PLLC

Enter Case Number, Name, Social Security Number, or @1st Address Line :

LogOut Now

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 |

Recently Accessed Cases: 06-56983-SWR CHARLES R VANOV

**06-56983-SWR** CHARLES R VANOVER (xxx-xx-0760) 43260 JUDD ROAD • • BELLEVILLE • MI • 48111 $680.96 WK/ | Bar Date(s): 4/5/2007 (has passed) 5/16/2007 (has

LISA A VANOVER (xxx-xx-4571)

Print Inquiry    Trustee: Krispen S. Carroll    Attorney: FIREBAUGH & ANDREWS PLLC

Confirmed: 2/16/2007
Case Status: OPEN/ACTIVE

The data on these pages has not been audited and is provided for general information only.

11 Month(s) since Confirmation UP = $0.00  TPI = $39,931.40  BOH = $680.00

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| **ATTORNEY FEE** | | | | | | | | |
| 1 | FIREBAUGH & ANDREWS PLLC | $2,000.00 | | $2,000.00 | | | $2,000.00 | |
| 2 | ADDED CREDITOR | | | | | | | |
| **ARREARAGE** | | | | | | | | |
| 3 | OCWEN FEDERAL BANK | $7,496.28 | | | | $208.23 | | |
| 4 | ADDED CREDITOR | | | | | | | |
| **CONT'G DEBT (USE IN PLAN CALC)** | | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| **CURR MTG** | | | | | | | | |
| 7 | OCWEN FEDERAL BANK | | | | | $1,481.76 | $35,562.24 | |
| 8 | ADDED CREDITOR | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| **EXEC CONTRACT** | | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| **POST-PET/PRE-CONF MTG PYMTS** | | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| 12 | ADDED CREDITOR | | | | | | | |
| **PRIORITY** | | | | | | | | |
| 13 | WAYNE COUNTY FRIEND/COURT | $5,000.00 | | $4,000.00 | 8.0000 | $574.24 | $4,109.75 | 7 |
| 14 | ADDED CREDITOR | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| **PROP TAX** | | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |

Change Line# 0  [OK]    Plan Terms 24  [Calc]  Unsecured % 100  [Calc]   Due to Creditors: $2,130.57   $54,458.78
Restart                                                                  In from Debtor:   $2,239.09   $54,459.44

Trustee's % 3.5

Lump Sum $ 680.00  [OK]

Delete Line 0

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | UpdCalc |
|---|---|---|---|
| ROCKWELL TRANSP | $517.11 | WEEKLY | $ ? |
| CHARLES R VANOV | $0.00 | MONTHLY | $ ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | UpdCalc |
|---|---|---|---|
| LISA A VANOVER | $0.00 | MONTHLY | $ ? |

Krispen Carroll - Detroit, MI    Your Chapter 13 Information Management System    ©2004 BSS LLC

http://66.194.155.139/13netv3/CaseFrameLoaded.aspx?cid=23172    1/11/2008



N. **LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY [LBR 3015-1(b)(1)]:**

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 208,000.00 | 205,300.00 | 2,700.00 | 2,700.00 | 0.00 |
| VEHICLES | 15,100.00 | 15,000.00 | 100.00 | 100.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 6,500.00 | 0.00 | 6,500.00 | 6,500.00 | 0.00 |
| JEWELRY | 500.00 | 0.00 | 500.00 | 500.00 | 0.00 |
| CASH/BANK ACCOUNTS | 45.00 | 0.00 | 45.00 | 45.00 | 0.00 |
| OTHER | 10,300.00 | 0.00 | 10,300.00 | 10,300.00 | 0.00 |

Amount available upon liquidation.................................................................... $ 0.00

Less administrative expenses and costs............................................................. $ 0.00

Less priority claims............................................................................................. $ 5,000.00

Amount Available in Chapter 7........................................................................... $ 0.00

**United State Bankruptcy Court**
**Eastern District of Michigan**
**Southern Division at Detroit**

Case No. 06-56983-SWR

In Re: **Charles R. Vanover**

Chapter 13

and: **Lisa A. Vanover**

Debtor(s).                                                              Honorable **Steven W. Rhodes**

### NOTICE OF DEBTOR(S)' FIRST MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN AND TWENTY(20)-DAY OPPORTUNITY TO RESPOND

Debtor(s) have filed papers with the Court requesting that <u>Debtor(s) Chapter 13 Plan as it was previously confirmed (or subsequently modified) herein, now be modified or changed or further modified or changed</u>.

**YOUR RIGHTS MAY BE AFFECTED**.  You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the <u>Debtor(s)' First Motion To Modify Confirmed Chapter 13 Plan</u>, within Twenty(20) days, you or your attorney must:

1.  File with the Court a written response or answer, explaining your position at: **\***

>   United States Bankruptcy Court
>   211 West Fort Street, Suite 2100
>   Detroit, Michigan  48226

If you mail your response to the Court for filing, you must mail it early enough so that the Court will RECEIVE IT on or before the date stated above.

You must also mail a copy to:          Firebaugh & Andrews, P.L.L.C.
                                        38545 Ford Road, Suite 104
                                        Westland, Michigan  48185

2.  If a response or answer is timely filed and served, the Clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION OR OBJECTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

*/s/Roberta W. Andrews*

Dated: <u>January 11, 2008</u>

>   Samuel G. Firebaugh (P-34276)
>   Roberta W. Andrews (P-54001)
>   Firebaugh & Andrews, P.L.L.C.
>   Attorney(s) for Debtor(s)
>   38545 Ford Road, Suite 104
>   Westland, Michigan  48185
>   (734) 722-2999
>   FirebaughAndrews@comcast.net

---

**\*** Response or answer must comply with F.R. Civ. P. 8(b), (c) and (3)

In Re: **Charles R. Vanover**
**Lisa A. Vanover**

Debtor(s).

Case No. 06-56983-SWR
Chapter 13
Judge **Steven W. Rhodes**

## PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on January 11, 2008, I served copies of the following document(s) filed in the above captioned case:

1. **DEBTOR(S)' FIRST MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN** (dated: January 11, 2008), together with all exhibits and attachments, if any;

2. **"EXHIBIT A"** (proposed Order attached to above Debtor(s)' First Motion to Modify);

3. **NOTICE DEBTOR(S) FIRST MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN AND TWENTY(20)-DAY OPPORTUNITY TO RESPOND**

upon all those parties specified on the matrix list attached hereto, at the addresses specified for said parties on such matrix list, all by first class mail with fully prepaid postage affixed.

Dated: January 11, 2008

_Patricia Johnson_

Patricia Johnson, Legal Assistant
Firebaugh & Andrews, P.L.L.C.
Attorney(s) for Debtor(s)
38545 Ford Road, Suite 104
Westland, MI 48185
(734) 722-2999
FirebaughAndrews@comcast.net

```
Label Matrix for local noticing          14A-2 District Court                        Account Solutions Group,LLC
0645-2                                   attn: Civil Division                        205 Bryant Woods South
Case 06-56983-swr                        415 West Michigan Avenue                    Amhert, NY 14228-3609
Eastern District of Michigan             Ypsilanti, MI 48197-5326
Detroit
Fri Jan 11 14:56:21 EST 2008

Roberta W. Andrews                       Applied Card Bank                           Asset Acceptance LLC
38545 Ford Rd.                           Bancard Center                              P O BOX 2036
Suite 104                                P.O. Box 11170                              Warren, MI 48090-2036
Westland, MI 48185-7901                  Wilmington, DE 19850-1170


B-Line, LLC/Applied Card Systems, Inc.   Bluegreen Vacation Club                     Brad Brelinski
Mail Stop 550                            4960 Conference Way North, Suite 100        903 N. Opdyke Road
2101 Fourth Ave., Suite 1030             Boca Raton, FL 33431-3311                   Suite C
Seattle, WA 98121-2317                                                               Auburn Hills, MI 48326-2693


Bronson & Migliaccio, LLP                Kelley Callard                              Capital One
415 Lawrence Bell Drive                  31440 Northwestern Highway                  P.O. Box 30285
Williamsville, NY 14221-7805             Suite 200                                   Salt Lake City, UT 84130-0285
                                         Farmington Hills, MI 48334-5422


Capital One Bank                         Krispen S. Carroll                          Cross Country Bank Legal Department
c/o Tsys Debt Management                 719 Griswold                                P.O. Box 15809
PO Box 5155                              1100 Dime Building                          Wilmington, DE 19850-5809
Norcross, GA 30091-5155                  Detroit, MI 48226


DTE Energy                               Daniel E. Hunter                            Duvera Financial
3200 Hobson Street                       2154 Washtenaw Road                         5620 Paseo Del Norte, Suite 127-233
Detroit, MI 48201-2927                   Ypsilanti, MI 48197-1708                    Carlsbad, CA 92008-4461


ER Solutions, Inc.                       Fingerhut Direct Marketing                  Samuel Firebaugh
800 SW 39th Street                       6250 Ridgewood Road                         38545 Ford Road
P.O. Box 9004                            Saint Cloud, MN 56303-0820                  Suite 104
Renton, WA 98057-9004                                                                Westland, MI 48185-7901


Marcy J. Ford                            Ford Motor Credit Company                   Ford Motor Credit Company
31440 Northwestern Highway               Drawer 55-953                               National Bankruptcy Service Center
Suite 200                                P.O. Box 55000                              P.O. Box 537901
Farmington Hills, MI 48334-5422          Detroit, MI 48255-0001                      Livonia, MI 48153-7901


Ford Motor Credit Company                Michael P. Hogan                            Monica NaSha Hunt
c/o Brad Brelinkski                      903 N. Opdyke Rd.                           903 North Opdyke
903 North Opdyke Rd., Suite C            Suite C                                     Suite C
Auburn Hills, MI 48326-2693              Auburn Hills, MI 48326-2693                 Auburn Hills, MI 48326-2693


Richardo I. Kilpatrick                   Kilpatrick and Associates, P.C.             LVNV Funding LLC
903 N. Opdyke Rd.                        on behalf of Wayne County Treasurer         Resurgent Capital Services
Suite C                                  903 North Opdyke Road, Suite C              PO Box 10587
Auburn Hills, MI 48326-2693              Auburn Hills, Michigan 48326-2693           Greenville, SC 29603-0587
```

| | | |
|---|---|---|
| MCI<br>Consumer Markets<br>500 Technology Drive, Suite 82<br>Weldon Springs, MO 63304-2208 | Marcy J. Ford<br>Trott & Trott, P.C.<br>30400 Telegraph Road, Suite 200<br>Bingham Farms, MI 48025-4537 | Heather D. McGivern<br>38545 Ford Road<br>Suite 104<br>Westland, MI 48185-7901 |
| Merchants & Medical Credit Corp.<br>6324 Taylor Drive<br>Flint, MI 48507-4685 | Michigan State Disbursement Unit<br>P.O. Box 30354<br>Lansing, MI 48909-7854 | Ms. C.Jane Varner, Interim Friend of<br>the Court; 3rd Circuit Court - FOC<br>Penobscot Building, Room 324<br>645 Griswold<br>Detroit, MI 48226-4105 |
| NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044-2368 | Oakwood Healthcare System<br>attn: Patient Accounts<br>23400 Michigan Avenue, Suite 1000<br>Dearborn, MI 48124-1999 | Ocwen Loan Servicing, LLC<br>12650 Ingenuity Drive<br>Orlando, FL 32826-2703 |
| PayPal<br>P.O. Box 660433<br>Dallas, TX 75266-0433 | Penn Credit Corporation<br>P.O. Box 988<br>Harrisburg, PA 17108-0988 | Penny Briton<br>956 Holmes Road<br>Ypsilanti, MI 48198-3854 |
| Portfolio Recovery Associates, LLC<br>PO BOX 12914<br>Norfolk, VA 23541-0914 | Providian<br>P.O. Box 660443<br>Dallas, TX 75266-0443 | Steven W. Rhodes<br>2<br>211 West Fort Street<br>Room 1800<br>Detroit, MI 48226-3229 |
| Roundup Funding LLC<br>Mail Stop 550<br>PO Box 91121<br>Seattle WA 98111-9221 | Ruby Erhart<br>43254 Judd Road<br>Belleville, MI 48111-9197 | Scholastic<br>2931 East McCarty Street<br>Jefferson City, MO 65101-4468 |
| Sumpter Township Water Department<br>23480 Sumpter Road<br>Belleville, MI 48111-9679 | Target National Bank<br>TARGET<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA 98121-2339 | Target National Bank<br>c/o Target Credit Services<br>P.O. Box 1581<br>Minneapolis, MN 55440-1581 |
| Township of Sumpter, Treasurer<br>23480 Sumpter Road<br>Belleville, MI 48111-9679 | Transcon Financial<br>12012 South Shore Boulevard, Suite 209<br>West Palm Beach, FL 33414-6206 | Trott & Trott, P.C.<br>Attorneys-at-Law<br>30400 Telegraph Road, Suite 200<br>Bingham Farms, MI 48025-4537 |
| Charles R. Vanover<br>43260 Judd Road<br>Belleville, MI 48111-9197 | Lisa A. Vanover<br>43260 Judd Road<br>Belleville, MI 48111-9197 | Viking Collection Service Inc.<br>7500 Office Ridge Circle<br>Eden Prairie, MN 55344-3782 |
| Wayne County FOC<br>c/o Michigan State Disbursement Unit<br>P.O. Box 30351<br>Lansing, MI 48909-7851 | Wayne County Treasurer<br>400 Monroe Street - 5th Floor<br>Detroit, MI 48226-2984 | Wayne County Treasurer<br>c/o Richardo I. Kilpatrick<br>615 Griswold, Suite 1004<br>Detroit, MI 48226-3985 |

Wells Fargo Bank, N.A.
12650 Ingenuity Dr
Orlando, FL 32826-2703

Wells Fargo Bank, N.A.
c/o Marcy J. Ford
30400 Telegraph Rd., Ste. 200
Bingham Farms, MI 48025-4537

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)903 N. Opdyke Road, Suite C

(u)Auburn Hills, MI  48326

(u)Ford Motor Credit Company

(du)Ford Motor Credit Company

(u)Kilpatrick & Associates

(u)Washtenaw County Friend of the Court

(u)Wayne County Treasurer

(u)Wells Fargo Bank, N.A.

(u)c/o Richardo I. Kilpatrick

(u)washt

End of Label Matrix
Mailable recipients    61
Bypassed recipients    10
Total                  71