# United States Bankruptcy Court
### Eastern District of Michigan

In re **Charles R. Vanover / Lisa A. Vanover**, Debtor(s)

Case No. **06-56983-SWR**
Chapter **13**

## FIRST AMENDED PAYMENT ORDER

The above named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(g)(E.D.M.);

**IT IS HEREBY ORDERED** that **Ford Motor Company, attn: Payroll Services, 6 Parklane Boulevard, Fairlane Office Center, Suite 200, Dearborn, MI 48126** ("Payor"), at

immediately forward and make payable to: **Krispen S. Carroll, Chapter 13 Trustee, P.O. Box 2018, Memphis, TN 38101-2018**

**$258.56** per **Weekly** (pay period) of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for current child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

.

**Signed on February 19, 2008**

                                                                **/s/ Steven Rhodes**
                                                                 Steven Rhodes
                                                                 Chief Bankruptcy Judge