UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

**Charles R. Vanover**
**Lisa A. Vanover**

Chapter 13
Case No. 06-56983-SWR
Judge: **Steven W. Rhodes**

Debtor(s)

**Certification Regarding Domestic Support Obligations**

(To be filed *separately* by each debtor after completion of all payments under the plan in cases filed on or after October 17, 2005)

The Chapter 13 debtor, being first duly sworn, states the following:

### SECTION I - TO BE COMPLETED BY EACH DEBTOR

**Disclosure of Domestic Support Obligations**

During the chapter 13 case, was the debtor required by a judicial or administrative order, or by statute, to pay a domestic support obligation as defined in 11 U.S.C. §101(14A)?

Check one: Yes ☐ No ☑

**If yes: Complete Sections II and III below**

**If no: Complete Section III below**

---

### SECTION II - TO BE COMPLETED BY A DEBTOR WHO WAS REQUIRED TO PAY A DOMESTIC SUPPORT OBLIGATION DURING THE CHAPTER 13 CASE

1. Has the debtor paid all amounts due under the domestic support obligation, including amounts due before the petition was filed to the extent provided for in the plan?

    Check one: Yes ☐ No ☐

2. List the name and address of each spouse, former spouse or child to or for whom alimony, maintenance or support is paid or required to be paid (if more space is needed, please attach a separate sheet):

    Name _____
    Address _____
    City, State and Zip _____
    Account Number _____

1

3. Has any debt been determined to be non-dischargeable or is any action currently pending to determine a debt to be non-dischargeable pursuant to:? *(check one):*

| Section | Yes | No |
|---|---|---|
| 11 U.S.C. Section 523(a)(2) | | |
| 11 U.S.C. Section 523(a)(4) | | |

If you answered "yes" to any of the above, please identify the creditor and the legal basis for the action

    Name of Creditor: _____  ☐ 11 USC § 523(a)(2)
    Address of Creditor: _____  ☐ 11 USC § 523(a)(4)
    City, State and ZIP: _____

If more space is needed, please attach a separate sheet.

4. Has any debt been reaffirmed pursuant to 11 U.S.C. Section 524(c)?

                  Check one: Yes ☐ No ☐

*If yes, please state:*

    Name of Creditor: _____
    Address of Creditor: _____
    City, State and ZIP: _____

If more space is needed, please attach a separate sheet.

5.   Debtor's Current Address: _____

    Name of Debtor's
    Current Employer: _____

    Debtor's Current
    Employer's Address: _____

## SECTION III - TO BE COMPLETED BY EACH DEBTOR

### CERTIFICATION

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

*Lisa Vanover* (signature)          12-6-09
Lisa A. Vanover                     Date
Debtor's Signature

2

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy
06-56983-swr    Doc 79    Filed 12/08/09    Entered 12/08/09 14:19:03    Page 2 of 2