UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

CHARLES R VANOVER
LISA A VANOVER

CHAPTER 13
Case No.: 06-56983-SWR
JUDGE: STEVEN W RHODES

Debtors_____

## CERTIFICATE OF SERVICE OF CHAPTER 13 TRUSTEE'S
## FINAL REPORT AND ACCOUNT AND SUMMARY OF TRUSTEE'S FINAL REPORT

I hereby certify that on January 29, 2010, I electronically filed the Chapter 13 Standing Trustee's Final Report and Account with the Clerk of the Court using the ECF system .

The following parties were served electronically:

> FIREBAUGH & ANDREWS
> PLLC
> 38545 FORD RD STE 104
> WESTLAND, MI  48185

I also hereby certify that on January 29, 2010, I served the following parties a copy of the Chapter 13 Trustee's Final Report and Account via First Class Mail at the addresses below with the lawful amount of postage affixed thereto:

> CHARLES R VANOVER
> LISA A VANOVER
> 43260 JUDD ROAD
> BELLEVILLE, MI  48111

I further hereby certify that on November 25, 2009, I served the following parties with a Summary of Final Report via First Class Mail by causing the same to be deposited in a United States Postal Box with the lawful amount of postage affixed thereto:

| | |
|---|---|
| 14A-2 JUDICIAL DISTRICT<br>415 W MICHIGAN<br>YPSILANTI, MI 48197 | ACCOUNT SOLUTIONS GROUP<br>205 BRYANT WOODS SOUTH<br>AMHERST, NY 14228 |
| ASSET ACCEPTANCE CORP<br>P O BOX 2036<br>WARREN, MI 48090 | B-LINE LLC<br>MS 550<br>P O BOX 91121<br>SEATTLE, WA 98111-9221 |
| B-LINE LLC<br>2101 FOURTH ST STE 900<br>SEATTLE, WA 98121 | BLUEGREEN VACATION CLUB<br>4960 BLUE LAKE DRIVE<br>BOCA RATON, FL 33431 |
| BRONSON & MIGLIACCIO LLP<br>2361 WEHRLE DRIVE<br>WILLIAMSVILLE, NY 14221 | CROSS COUNTRY BANK LEGAL DEPT<br>P O BOX 15809<br>WILMINGTON, DE 19805 |
| | DANIEL E HUNTER ESQ<br>302 NORTH HURON<br>YPSILANTI, MI 48197 |

DUVERA
5620 PASEO DEL NORTE STE 127
CARLSBAD, CA 92008-4483

FINGERHUT
6250 RIDGEWOOD ROAD
ST CLOUD, MN 56303

FORD MOTOR CREDIT COMPANY
P O BOX 6275
DEARBORN, MI 48121

MCI COMMUNICATION
500 TECHNOLOGY DR #300
ST CHARLES, MO 63304

MICH STATE DISBURSEMENT UNIT
P O BOX 30351
LANSING, MI 48909-7850

OAKWOOD HOSPITAL
23400 MICHIGAN AVE STE 1205
DEARBORN, MI 48124

PENN CREDIT CORPORATION
916 14TH PO BOX 988
HARRISBURG, PA 17108

PORTFOLIO RECOVERY ASSOC
P O BOX 12914
NORFOLK, VA 23541

RESURGENT ACQUISITION LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

SCHOLASTIC
2931 E MCCARTY ST
JEFFERSON CITY, MO 65101

TOWNSHIP OF SUMPTER
23480 SUMPTER RD
BELLEVILLE, MI 48111

TROTT & TROTT
31440 NORTHWESTERN HWY #200
FARMINGTON HILLS, MI 48334-2525

DTE ENERGY LEGAL DEPARTMENT
ATTN MICHAEL T WOOD
ONE ENERGY PLAZA
DETROIT, MI 48226

ER SOLUTIONS
500 SW 7TH ST  #A100
RENTON, WA 98057

FORD MOTOR CREDIT
CH 13 DRAWER 55 953
P O BOX 55000
DETROIT, MI 48255

KILPATRICK & ASSOC.
903 N OPDYKE RD SUITE C
AUBURN HILLS, MI 48326

MERCHANTS & MEDICAL
6324 TAYLOR DR.
FLINT, MI 48507

NCO FINANCIAL
507 PRUDENTIAL RD
HORSHAM, PA 19044

OCWEN FEDERAL BANK
12001 SCIENCE DRIVE, SUITE 110
ORLANDO, FL 32826

PENNY BRITON
956 HOLMES ROAD
YPSILANTI, MI 48198

PROVIDIAN
P O BOX 660490
DALLAS, TX 75266-0490

ROUNDUP FUNDING LLC
MS550
P O BOX 91121
SEATTLE, WA 98111-9221

SUMPTER TOWNSHIP WATER DEPT
23480 SUMPTER RD
BELLEVILLE, MI 48111

TRANSCON FINANCIAL
12012 S SHORE BLVD
SUITE 209
WEST PALM BEACH, FL 33414

TSYS DEBT MANAGEMENT
P O BOX 5155
NORCROSS, GA 30091

| | |
|---|---|
| VIKING COLLECTION SERVICE INC<br>7500 OFFICE RIDGE CIRCLE<br>SUITE 100<br>EDEN PRAIRIE, MN 55344 | WASHINGTON MUTUAL<br>P O BOX 15153<br>WILMINGTON, DE 19886 |
| WAYNE COUNTY FRIEND/COURT<br>PENOBSCOT BUILDING<br>645 GRISWOLD<br>DETROIT, MI 48226 | WAYNE COUNTY TREAS/R WOJTOWICZ<br>400 MONROE #520<br>DETROIT, MI 48226 |

Dated: January 29, 2010

/s/ Travis Hall
Office of the Chapter 13 Standing Trustee - KRISPEN S. CARROLL
719 Griswold
Suite 1100
Detroit, MI  48226
(313) 962-5035